NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT O'TOOLE,                    )
                                   )
     Appellant,                   )
                                   )
v.                                 )          Case No. 2D18-1935
                                   )
IRIS BEAUGRAND,                    )
                                   )
     Appellee.                    )
_____)

Opinion filed February 27, 2019.

Appeal from the Circuit Court for Sarasota
County; Andrea McHugh, Judge.

Bret Clark of Bret Shawn Clark, P. A.,
Englewood, for Appellant.

Steele T. Williams of Steele T. Williams,
P.A., Sarasota, for Appellee.

PER CURIAM.

     Affirmed.

LaROSE, C.J., and LUCAS, JJ., and LENDERMAN, JOHN C., ASSOCIATE SENIOR
JUDGE., Concur.